CR 01-00464 SOM
CR 06-00130 SOM
US vs. Linda Fanska Lee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 8 2006

at _____ o'clock and _____ min.____ M
SUE BEITIA, CLERK

## DECLARATION OF WILLIAM B. STULL

I, William B. Stull, declare as follows:

1. I have known Linda Lee since about January 2006.

2. Until June 2006, we worked together at Sam Snead's Restaurant at the Navy Marine Golf Course.

3. I have observed Linda Lee to be a very responsible, diligent employee. While I was working at Sam Snead's, Ms. Lee had a very good time and attendance record and she always worked very hard, often working double shifts.

4. Ms. Lee and I have also become personal friends. We spend time together regularly.

5. On the evening of September 24, 2006, Ms. Lee telephoned me. She was very, very upset. She was crying. She said that she had been attacked at the laundromat. Ms. Lee told me that a large woman yelled at her, pulled her hair and slapped her. Ms. Lee said that ultimately, the woman's husband pulled the woman away from Ms. Lee.

6. As a result of this telephone call, I went to see Ms. Lee at the laundromat. When I arrived, which was about twenty minutes after Ms. Lee called me, she was in the parking lot and she was still very, very upset and shaken.

7. After that, we went to a nearby bar and had some alcoholic beverages.

8. At some point, Ms. Lee left the bar to drive back to the laundromat to get

her clothes.  She drove about less than 1/4 mile, when she was arrested for driving under the influence of alcohol.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:    October 31, 2006, Honolulu, Hawaii.


WILLIAM B. STULL