DECLARATION OF ZACHARY MIYASATO

I, Zachary Miyasato, declare as follows:

1.  I have known Linda Lee since about March 2006.  Linda is my

girlfriend.

2.  I saw Linda on September 25, 2006.

3.  I observed that she had a large bruise on her upper right arm, and smaller

bruises all over her forearms and thighs.

4.  I also observed that she had redness on her forehead.

I declare under penalty of perjury that the foregoing is true and correct to

the best of my knowledge and belief.

DATED:    November 3, 2006, Honolulu, Hawaii.


_____
ZACHARY MIYASATO

CR 01 - 00464 Som
CR06- 00180 Som
US v. Linda Fanska
Lee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV    2006

at___o'clock and ___min.___M
SUE BEITIA, CLERK