# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/07/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:	CR 01-00464SOM AND CR 06-00130SOM

CASE NAME:	USA v. Linda Fanska Lee

ATTYS FOR PLA:	Thomas J. Brady

ATTYS FOR DEFT:	Michael J. Green, Lynn E. Panagakos

INTERPRETER:

JUDGE:	Susan Oki Mollway	REPORTER:	Debra Chun

DATE:	11/07/2006	TIME:	3 - 3:30

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not be Revoked - deft present in custody.

Defendant admits to violating terms of Supervised Release.
Court finds that the defendant violated terms of Supervised Release.
Supervised Release is revoked.

Allocution of defendant.

Sentence as to CR 01-00464SOM and CR 06-00130SOM to run concurrently with each other:
Imprisonment 7 months
Supervised Release 29 months

▸	That the defendant shall abide by the standard conditions of supervision.

▸	That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸	That the defendant not possess illegal controlled substances (mandatory condition)

▸	That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug or alcohol test within 15 days of commencement of supervision and at least two more drug or alcohol tests

    thereafter, unless there is a positive drug or alcohol test, in which event the maximum shall increase to up to one valid drug or alcohol test per day. (mandatory condition).

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant serve up to maximum 6 months community confinement, in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

- That the defendant participate in a mental health program which may include anger management classes, at the discretion and direction of the Probation Office.

- That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the defendant is prohibited from the possession and use of alcohol.

- That the defendant provide the Probation Office access to any requested financial information.

Defendant advised of right to appeal.
Recommendation: FDC Honolulu
Defendant remanded to the custody of the U.S. Marshal.

Submitted by Richlyn W. Young, courtroom manager