

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:     1:01CR00464-001 SOM                                    Judgment - Page 3 of 5
DEFENDANT:       LINDA FANSKA LEE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: SEVEN (7) MONTHS

This term consists of SEVEN (7) MONTHS to run concurrently with the term imposed in CR 06-00130SOM.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC Honolulu.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2007

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on  3-5-07  to  FDC Honolulu
at  Honolulu, HI , with a certified copy of this judgment.

                                                    John T. Rothman
                                              WARDEN   ~~UNITED STATES MARSHAL~~

                                    By        W. Tsa
                                         LJS   ~~Deputy U.S. Marshal~~